# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES FRANK EARL

NO. 2024 KW 0013

**APRIL 4, 2024**

---

In Re:    James Frank Earl, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR4-112566.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**   Relator failed to include the district court's ruling denying relator's "motion seeking post-conviction plea agreement," pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date.   Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT